```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA et al., :

               Plaintiffs, :

    -against- :

CITY OF NEW YORK et al., :

               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 2083 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       All counsel in this civil action having appeared before the Court for an initial pre-trial conference on July 13, 2007, the following schedule is established on consent of the parties:

1. Discovery will conclude by January 31, 2008;

2. Counsel will submit a joint pre-trial order in accord with this Court's Individual Practices by February 29, 2008; and

3. A final pre-trial conference will be held on March 14, 2008 at 10:00 a.m.

Dated: August 30, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*

Jeannette Anne Vargas, Esq.
86 Chambers Street
New York, NY 10007
*Counsel for Plaintiff*

Howard Wien, Esq.
61 Broadway, Suite 25
New York, NY 10006
*Counsel for Intervener Plaintiff*
    Union Structural Steel and Bridge Painters, Local 806

Bruce Rosenbaum, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendant*